JUDGE GETTLEMAN  Case 1:08-cv-02490   Document 2   Filed 05/01/2008   Page 1 of 1  FILED MAY 01 2008
MAGISTRATE JUDGE COLE    CIVIL COVER SHEET    08CV2490   AEE

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CHRISTINE PETREY,

**DEFENDANTS**
TICKETMASTER, a Delaware corporation and DOES 1-10,

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Los Angeles County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Brian J. Wanca, Anderson & Wanca
3701 Algonquin Road, Suite 760, Rolling Meadows, IL 60008
(847) 368-1500

Attorneys (If Known)
James K. Gardner and Maria J. Minor, Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street, Suite 2200, Chicago, IL 60602
(312) 269-8000

**II. BASIS OF JURISDICTION** — ☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
- Citizen of This State: PTF ☒ 1 / DEF ☐ 1
- Citizen of Another State: PTF ☐ 2 / DEF ☒ 2
- Incorporated and Principal Place of Business In Another State: PTF ☐ 5 / DEF ☒ 5

**IV. NATURE OF SUIT**: ☒ 480 Consumer Credit

**V. ORIGIN**: ☒ 2 Removed from State Court

**VI. CAUSE OF ACTION**:
Removal under 28 U.S.C. §1446 of a purported nationwide class action lawsuit seeking relief under the Fair and Accurate Credit Transaction Act's amendments to the Fair Credit Reporting Act, 15 USC §1681.

**VIII. REQUESTED IN COMPLAINT**: ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: ☒ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.

DATE: May 1, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]