# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>CHRISTINE PETREY, Plaintiff<br>v.<br>TICKETMASTER, a Delaware corporation and DOES 1-10,<br>Defendants | Case Number:<br><br>**FILED: MAY 01, 2008**<br>**08CV2490    AEE**<br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE COLE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TICKETMASTER

| | |
|---|---|
| NAME (Type or print)<br>James K. Gardner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James K. Gardner | |
| FIRM<br>Neal, Gerber & Eisenberg LLP | |
| STREET ADDRESS<br>Two N. LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0913448 | TELEPHONE NUMBER<br>(312) 269-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐