# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CHRISTINE PETREY, Plaintiff
v.
TICKETMASTER, a Delaware corporation and DOES 1-10, Defendants

Case Number:

FILED: MAY 01, 2008
08CV2490    AEE
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TICKETMASTER

| | |
|---|---|
| NAME (Type or print) <br> Maria J. Minor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Maria J. Minor | |
| FIRM <br> Neal, Gerber & Eisenberg LLP | |
| STREET ADDRESS <br> Two N. LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06256406 | TELEPHONE NUMBER <br> (312) 269-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |