IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE PETREY<br>        Plaintiff,<br><br>v.<br><br>TICKETMASTER and DOES 1-10<br>        Defendants. | Case No.:   08 CV 2490<br><br>Judge Gettleman<br>Magistrate Judge Cole |

NOTIFICATION OF AFFILIATES -- DISCLOSURE STATEMENT

In compliance with Local Rule 3.2, defendant Ticketmaster an operating business of IAC (NASDAQ: IACI).

## **CERTIFICATE OF SERVICE**

I, Maria J. Minor, hereby certify that I caused copies of the above and foregoing **Notification of Affiliates -- Disclosure Statement** to be electronically served upon:

Brian J. Wanca, Esq.
Ryan M. Kelly, Esq.
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
(847) 368-1501 FAX

Phillip A. Bock, Esq.
Bock & Hatch, LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
(312) 658-5555 FAX

this 8th day of May, 2008.


/s/ Maria J. Minor


NGEDOCS: 07263N.1098:1530237.1