IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE PETREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 08CV2490 |
| ) | |
| TICKETMASTER, a Delaware corporation ) | |
| ) | |
| and DOES I-10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF HEARING**

TO: Brian J. Wanca, Esq.          Phillip A. Bock, Esq.
    Ryan M. Kelly, Esq.           Bock & Hatch, LLC
    Anderson & Wanca              134 N. LaSalle Street, Suite 1000
    3701 Algonquin Road, Suite 760    Chicago, Illinois 60602
    Rolling Meadows, IL 60008

Please take notice that on Thursday, May 15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman or any Judge sitting in his stead, in Courtroom 1703 of the U.S. District Court, Northern District of Illinois, Eastern Division at Chicago, Illinois, and then and there present **Ticketmaster's Motion for a More Definite Statement**, a copy of which was served upon you electronically on May 8, 2008.

Respectfully submitted,

TICKETMASTER

By: /s/ Maria J. Minor
    One of Its attorneys

Dated: May 8, 2008

James K. Gardner (IARDC #913448)
Maria J. Minor (IARDC #6256406)
NEAL, GERBER & EISENBERG
Two N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

## CERTIFICATE OF SERVICE

I, Maria J. Minor, hereby certify that I caused copies of the above and foregoing **Ticketmaster's Motion for a More Definite Statement** to be electronically served upon:

Brian J. Wanca, Esq.
Ryan M. Kelly, Esq.
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
(847) 368-1501 FAX

Phillip A. Bock, Esq.
Bock & Hatch, LLC
134 N. LaSalle Street, Suite 1000
Chicago, Illinois 60602
(312) 658-5555 FAX

this 8th day of May, 2008.

/s/ Maria J. Minor

NGEDOCS: 07263N.1098:1530323.1