**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Christine Petrey
                Plaintiff,

v.                                  Case No.: 1:08−cv−02490
                                  Honorable Robert W. Gettleman

Ticketmaster, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant's motions for more definite statement [10][14] are denied; formore Motion hearing held on 5/22/2008. Response to defendant's motion to transfer venue[12] is due by 6/26/2008. Reply is due by 7/14/2008. Status hearing set for 9/9/2008 at 9:00 a.m. Defendant is given 30 days to respond to the complaint. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.