**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 12253 |
| v. | ) ) | Judge Gettleman |
| TICKETMASTER, a Delaware corporation and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CHRISTINE PETREY, hereby files a voluntary dismissal, as allowed under

Federal Rules of Civil Procedure 41(a)(1), dismissing the Defendants and this cause of action

without prejudice.

Respectfully submitted,

CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons

By:   _____
        One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

James King Gardner at:
jgardner@ngelaw.com,ggomez@ngelaw.com

Maria J. Minor at:
mminor@ngelaw.com,ldalton@ngelaw.com


_____
Brian J. Wanca
Attorney for Plaintiff



Brian J. Wanca                          Phillip A. Bock
ANDERSON + WANCA                        BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760          134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008              Chicago, IL  60602
Telephone:  847/368-1500                Telephone:  312/658-5500