IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2490 |
| v. | ) ) | Judge Gettleman |
| TICKETMASTER, a Delaware corporation and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

### CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CHRISTINE PETREY, hereby files a voluntary dismissal, as allowed under Federal Rules of Civil Procedure 41(a)(1), dismissing the Defendants and this cause of action without prejudice.

Respectfully submitted,

CHRISTINE PETREY, individually and as the representative of a class of similarly-situated persons

By:  s/Brian J. Wanca
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

    James King Gardner at:
    jgardner@ngelaw.com,ggomez@ngelaw.com

    Maria J. Minor at:
    mminor@ngelaw.com,ldalton@ngelaw.com

                                        s/Brian J. Wanca
                                        Brian J. Wanca
                                        Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |