# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2490 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Christine Petrey, etc.    vs    Ticketmaster, a Del. Corp. | | |

**DOCKET ENTRY TEXT:**

This cause is dismissed without prejudice under F.R.C.P. 41(a)(1).
Status hearing date of 9/9/2008 is stricken.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|